# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141007

EMMA McCREARY,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141007
AGC: 2455/05

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920